IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
__EASTERN__ DIVISION

__DAVID E BALL__
(Enter Above the Name of the Plaintiff in this Action)

VS.

__THE CITY OF ZANESVILLE, et al.,__
(Enter above the name of the Defendant in this Action)

2 19CV1608

Judge Sargus

MAGISTRATE JUDGE VASCURA

If there are additional Defendants, please list them:

__JEFF TILTON — MAYOR.__
__DAVID TARBERT — CITY LAW DIRECTOR.__
__FRED BUCK — PUBLIC SAFETY DIR. — RETIRED.__
__TIM SMITH — BUILDING & CODE ENFORCEMENT.__
__10 CITY COUNCIL MEMBERS.__

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

__DAVID E. BALL__
Name - Full Name Please - PRINT

__1117 CLAY STREET__
Street Address

__ZANESVILLE, OHIO 43701__
City, State and Zip Code

__740 297 0660__
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. TIM SMITH - BUILDING + CODE ENFORCEMENT
   Name - Full Name Please
   401 MARKET ST. ZANESVILLE, OHIO 43701
   Address: Street, City, State and Zip Code

2. JEFF TILTON - MAYOR - ZANESVILLE, OHIO
   401 MARKET ST. ZANESVILLE, OHIO 43701

3. DAVID TARBERT - LAW DIRECTOR - ZANESVILLE
   401 MARKET ST - ZANESVILLE, OHIO 43701

4. FRED BUCK - PUBLIC SAFETY DIR. - RETIRED
   3910 DOROTHY DR. ZANESVILLE, OH 43701

5. ___

6. ___

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
[Other federal status giving the court subject matter jurisdiction.]

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. DANIEL M. VINCENT — COUNCIL PRESIDENT
   Name - Full Name Please
   2325 ERIN PLACE, ZANESVILLE, OHIO 43701
   Address: Street, City, State and Zip Code

2. MARK BAKER — COUNCIL 1ST WARD
   27 SOUTHARD AVE, ZANESVILLE, OH, 43701

3. JAN BRADSHAW — COUNCIL 2ND WARD
   732 EPPLEY AVE. ZANESVILLE, OH. 43701

4. CONSTANCE NORMAN — COUNCIL 3RD WARD
   830 PROSPECT AVE, ZANESVILLE, OH 43701

5. SANDY GENTRY — COUNCIL 4TH WARD
   1019 SUNSET AVE, ZANESVILLE, OH 43701

6. STEVEN FOREMAN — COUNCIL 5TH WARD
   980 EASTWARD CIRCLE, ZANESVILLE OH 43701

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

## II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

- [x] Title 28 U.S.C. § 1343(3)
  [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

- [x] Title 28 U.S.C. § 1331
  [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

- [ ] Title 28 U.S.C. § 1332(a)(1)
  [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

- [ ] Title _____ United States Code, Section _____
  [Other federal status giving the court subject matter jurisdiction.]

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. ANDY ROBERTS – COUNCIL 6TH WARD
   Name - Full Name Please
   406 OLIVE ST, ZANESVILLE, OHIO 43701
   Address: Street, City, State and Zip Code

2. ANN GILDOW – COUNCIL-AT-LARGE
   914 FAIRMONT AVE, ZANESVILLE, OH. 43701

3. JOEY OSBORN – COUNCIL-AT-LARGE
   764 FINDLEY AVE, ZANESVILLE, OH 43701

4. DAVID WOLFE – COUNCIL-AT-LARGE
   2702 MARTIN RD. ZANESVILLE, OH. 43701

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

1) On or about 7/25/16 I received a "Demolition Notice" dated 7/18/16 from Code Enforcement Officer Tim Smith. It contained several errors and I did not realize it was a "Demolition Notice." When I realized what was happening, I tried everything I could to stop the process.

2) I filed for a tempory & permanent injunction to stop the process of demolition.

3) The Mayor and Safety Director and Law Director all refused to help me.

4) On or about April 4, 2017, all council members were served with a plea for help for my situation.

5) On or about 4-26-17, the house at 209 Mead Street, Zanesville, Ohio was razed and the costs were applied to my real estate tax bill.

6) My rights to due process and the security of life, liberty, and property granted by the U.S. Constitution, the "Supreme Law of the Land" were violated. Equal protection under the law.

-3-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

PLAINTIFF, DAVID E. BALL, ASSERTS FEDERAL CLAIMS UNDER 42 USC § 1983 FOR VIOLATIONS OF HIS FOURTH AND FOURTEENTH U.S. CONSTITUTIONAL RIGHTS AGAINST THE CITY OF ZANESVILLE AND EMPLOYEES AND CITY COUNCIL MEMBERS. PLAINTIFF IS A CITIZEN OF ZANESVILLE, OHIO AND OWNER OF THE PROPERTY AT 209 MEAD STREET WITHIN THE CITY OF ZANESVILLE. PLAINTIFF BRINGS THIS LAWSUIT AGAINST THE CITY OF ZANESVILLE AND EMPLOYEES OF THE CITY OF ZANESVILLE IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES. ON OR ABOUT APRIL 25, 2017, PLAINTIFF'S HOUSE AT 209 MEAD STREET, ZANESVILLE WAS DEMOLISHED WITHOUT A COURT ORDER AND DUE PROCESS AND IN VIOLATION OF PLAINTIFF'S FOURTH AND FOURTEENTH U.S. CONSTITUTIONAL AMENDMENT RIGHTS. PLAINTIFF ASSERTS THAT HE SUFFERED PUBLIC DISGRACE, MONETARY LOSS, EMOTIONAL DISTRESS, DEMOLITION FEES AND LEGAL FEES AS A RESULT OF DEFENDANTS' VIOLATING HIS CONSTITUTIONAL RIGHTS. PLAINTIFF ALLEGES A CONSPIRACY BETWEEN

-3-

3a.

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

ZANESVILLE CITY OFFICIALS AND CITY COUNCIL MEMBERS TO DEPRIVE HIM OF HIS RIGHT TO THIS HOUSE. ON PAGE 5 OF THE CASE "ALEXANDER VS CITY OF ZANESVILLE, et al.", THE 6TH CIRCUIT COURT HAS DEFINED "CIVIL CONSPIRACY". WHEN I TRIED TO REACH A RESOLUTION WITH TIM SMITH AT THE SUGGESTION OF FRED BUCK BEFORE THE HOUSE WAS DEMOLISHED, I WAS TOLD AFTER SOME INSPECTION "OK, HERE IS THE DEAL, THERE IS NO DEAL BECAUSE THE MAYOR AND LAW DIRECTOR HAVE ALREADY TOLD ME TO NOT MAKE ANY DEAL". THIS WAS TOLD TO ME BY CODE INSPECTOR TIM SMITH.

-3-

3b.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

$400,000 IN COMPENSATORY AND PUNITIVE DAMAGES AND TO BE MADE WHOLE BY THIS COURT. ALSO TO BE REIMBURSED FOR ALL FILING FEES AND ATTORNEY FEES INCURRED BY THIS ACTION. ALSO TO HAVE ALL DEMOLITION CHARGES REMOVED FROM MY REAL ESTATE TAX BILL.

AMENDED 5-20-19    David E Ball

I state under penalty of perjury that the foregoing is true and correct. Executed on this 24TH day of APRIL, 2019.

David E Ball
Signature of Plaintiff

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
BALL, DAVID E.

**DEFENDANTS**
CITY OF ZANESVILLE, et al.

(b) County of Residence of First Listed Plaintiff **MUSKINGUM**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **MUSKINGUM**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
PRO SE DAVID E BALL
1117 CLAY ST,
ZANESVILLE, OH 43701    740 2970660

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise |  | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation - Transfer  ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
U.S. CONSTITUTION 4TH + 14TH. UNDER 42 USC §1983
Brief description of cause:
PLAINTIFF WAS DEPRIVED OF RIGHTS DUE TO HOUSE DEMOLITION.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** $100,000 + INCURRED FEES
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE 5-20-19
SIGNATURE OF ATTORNEY OF RECORD
David E Ball    PRO SE

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____